Timothy E. Warriner
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
Sonny Melvin Gonzalez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>RAMON LEVARIO, SONNY MELVIN GONZALEZ, and JESSE ANTHONY MONTANEZ,<br>                      Defendants, | CASE NO. 12-cr-00399-JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO MARCH 19, 2013, AND EXCLUDING TIME |

**STIPULATION**

Defendants Ramon Levario, Sonny Melvin Gonzalez, and Jesse Anthony Montanez, through their respective counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order of United States Magistrate Judge Kendall J. Newman on November 27, 2012, a status conference was set for January 15, 2013 before the Honorable John A. Mendez, District Court Judge.

2. By this stipulation, defendants now move to continue the status conference until March 19, 2013 at 9:45 a.m. and to exclude time between January 15, 2013 and March 19, 2013 pursuant to Local Code T4. Plaintiff United States of America does not oppose this request, and

1

PDF created with pdfFactory trial version www.pdffactory.com

joins in said request. This is the first stipulation and proposed order for continuance of status conference filed by the parties hereto.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has provided initial discovery CDs to defense counsel. As to Mr. Sonny Gonzalez, counsel has received discovery items 01-34, consisting of personal identifiers specific to Mr. Gonzalez, FBI 302s, and audio/video files. Counsel for Mr. Gonzalez is informed and believes that similar discovery materials were given to counsel for defendants Ramon Levario and Jesse Anthony Montanez. Counsel for Mr. Gonzalez is currently reviewing the discovery, and attempting to review the audio files. It is anticipated that the government will provide additional discovery materials to all defense counsel. As an additional justification for continuing the status conference and basis for excluding time, counsel for Mr. Gonzalez has a 9th Circuit oral argument in San Francisco on January 15, 2013 (*United States* v. *Hossnieh*, U.S.C.A. No. 11-10458), which conflicts with the status conference as presently set.

b. Counsel for defendants desire additional time to conduct investigation and research concerning the charged offenses and possible defenses, to review discovery for this matter, and to discuss potential resolutions with the defendants.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et*

2

PDF created with pdfFactory trial version www.pdffactory.com

*seq*., within which trial must commence, the time period of January 15, 2013 to March 19, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 7, 2013

/s/ Jill Thomas_____
Assistant United States Attorney

DATED: January 7, 2013

/s/ Timothy E. Warriner
Counsel for Defendant
Sonny Melvin Gonzalez

DATED: January 7, 2013

/s/ Danny Brace
Counsel for Defendant
Ramon Levario

DATED: January 7, 2013

/s/ Kelly Babineau
Counsel for Defendant
Jesse Anthony Montanez

3

PDF created with pdfFactory trial version www.pdffactory.com

**O R D E R**

IT IS SO FOUND AND ORDERED this 7th day of January, 2013.

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

4

PDF created with pdfFactory trial version www.pdffactory.com